[Exempt From Filing Fee
Government Code § 6103]

SCOTT E. HUBER, Bar No. 227196
shuber@colehuber.com
SAMUEL L. EMERSON, Bar No. 222783
semerson@colehuber.com
TYLER J. SHERMAN, Bar No. 343567
tsherman@colehuber.com
COLE HUBER LLP
2281 Lava Ridge Court, Suite 300
Roseville, California 95661
Telephone:    (916) 780-9009
Facsimile:    (916) 780-9050

Attorneys for Plaintiff
TOWN OF PARADISE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

TOWN OF PARADISE,

             Plaintiff,

     v.

ERNST & YOUNG, LLP,

             Defendant.

Case No. 2:26-cv-00410-DJC-JDP

**STIPULATION FOR AMENDMENT;
AND ORDER**

COLE HUBER LLP
2281 LAVA RIDGE COURT, SUITE 300
ROSEVILLE, CALIFORNIA 95661

4931-2291-3449.2

1

Case No. 2:26-cv-00410-DJC-JDP

STIPULATION FOR AMENDMENT

COLE HUBER LLP
2281 LAVA RIDGE COURT, SUITE 300
ROSEVILLE, CALIFORNIA 95661

## STIPULATION TO AMEND

Plaintiff TOWN OF PARADISE filed its Complaint against Defendant ERNST & YOUNG, LLP, on February 12, 2026. Following service, the parties met and conferred on Defendant's contemplated motion to dismiss. Plaintiff has agreed to amend the Complaint. Under Federal Rule of Civil Procedure 15(a)(2), the parties thus stipulate that Plaintiff, unless the Court directs otherwise, may amend its original Complaint and file the First Amended Complaint filed concurrently with this stipulation. The parties also stipulate that Defendant will, unless the Court directs otherwise, respond to the First Amended Complaint within twenty-one (21) days after service of the First Amended Complaint.

**SO STIPULATED.**

Dated:  May 11, 2026                    COLE HUBER LLP

By:    _*/s/ Tyler J. Sherman*_
                Scott E. Huber
                Samuel L. Emerson
                Tyler J. Sherman
                Attorneys for Plaintiff TOWN OF PARADISE

Dated:  May 11, 2026                    BOUTIN JONES, INC

By:    _*/s/ Shea J. Kenny*_
                Shea J. Kenny
                Attorney for Defendant ERNST & YOUNG

### ORDER

Having reviewed the Parties' Stipulation, IT IS SO ORDERED.

Dated:  May 12, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE