[Exempt From Filing Fee
Government Code § 6103]

SCOTT E. HUBER, Bar No. 227196
shuber@colehuber.com
SAMUEL L. EMERSON, Bar No. 222783
semerson@colehuber.com
TYLER J. SHERMAN, Bar No. 343567
tsherman@colehuber.com
COLE HUBER LLP
2281 Lava Ridge Court, Suite 300
Roseville, California 95661
Telephone:    (916) 780-9009
Facsimile:    (916) 780-9050

Attorneys for Plaintiff
TOWN OF PARADISE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TOWN OF PARADISE,<br><br>                  Plaintiff,<br><br>          v.<br><br>ERNST & YOUNG, LLP,<br><br>                  Defendant. | Case No. 2:26-cv-00410-DJC-JDP<br><br>**STIPULATION FOR AMENDMENT; AND ORDER** |

4931-2291-3449.2                                                          Case No. 2:26-cv-00410-DJC-JDP

STIPULATION FOR AMENDMENT

**STIPULATION TO AMEND**

Plaintiff TOWN OF PARADISE filed its Complaint against Defendant ERNST & YOUNG, LLP, on February 12, 2026. Following service, the parties met and conferred on Defendant's contemplated motion to dismiss. By stipulation and approval of the Court, Plaintiff filed a First Amended Complaint. The parties then met and conferred on Defendant's intended motion to dismiss the First Amended Complaint. Defendant filed a motion to dismiss the First Amended Complaint on May 29, 2026. Following Defendant's filing of its motion, the parties conferred on further amendment to avoid unnecessary motion practice. The parties agreed to stipulate to Plaintiff's filing of a Second Amended Complaint.

Under Federal Rule of Civil Procedure 15(a)(2), the parties thus stipulate that Plaintiff, unless the Court directs otherwise, may amend its First Amended Complaint and file a Second Amended Complaint within twenty (20) days of the date the Court approves this stipulation. The parties also stipulate that Defendant will, unless the Court directs otherwise, respond to the Second Amended Complaint within twenty-one (21) days after service of the Second Amended Complaint. The parties further stipulate that Defendant's pending motion to dismiss will be withdrawn without prejudice.

**SO STIPULATED.**

Dated:  June 10, 2026                              COLE HUBER LLP


By:  _____/s/ Tyler J. Sherman_____
                                                  Scott E. Huber
                                                  Samuel L. Emerson
                                                  Tyler J. Sherman
                                                  Attorneys for Plaintiff TOWN OF PARADISE

/ / /

/ / /

/ / /

/ / /

/ / /

COLE HUBER LLP
2281 LAVA RIDGE COURT, SUITE 300
ROSEVILLE, CALIFORNIA 95661

4931-2291-3449.2

Case No. 2:26-cv-00410-DJC-JDP

STIPULATION FOR AMENDMENT

Dated:  June 10, 2026                    BOUTIN JONES, INC


By:          */s/ Shea J. Kenny*
        Robert D. Swanson
        Shea J. Kenny
        Attorneys for Defendant ERNST & YOUNG

**ORDER**

Having reviewed the Parties' Stipulation, IT IS SO ORDERED.

Dated:  June 10, 2026


/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

COLE HUBER LLP
2281 LAVA RIDGE COURT, SUITE 300
ROSEVILLE, CALIFORNIA 95661

4931-2291-3449.2                            3                    Case No. 2:26-cv-00410-DJC-JDP
                                  STIPULATION FOR AMENDMENT