**[Exempt From Filing Fee Government Code § 6103]**

SCOTT E. HUBER, Bar No. 227196
shuber@colehuber.com
SAMUEL L. EMERSON, Bar No. 222783
semerson@colehuber.com
TYLER J. SHERMAN, Bar No. 343567
tsherman@colehuber.com
COLE HUBER LLP
2281 Lava Ridge Court, Suite 300
Roseville, California 95661
Telephone: (916) 780-9009
Facsimile: (916) 780-9050

Attorneys for Plaintiff
TOWN OF PARADISE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOWN OF PARADISE,<br><br>Plaintiff,<br><br>v.<br><br>ERNST & YOUNG, LLP,<br><br>Defendant. | Case No. 2:26-CV-00410-DJC-DMC<br><br>**STIPULATION TO ADJUST TRIAL DATE; ORDER** |

COLE HUBER LLP
2281 LAVA RIDGE COURT, SUITE 300
ROSEVILLE, CALIFORNIA 95661

**STIPULATION TO ADJUST TRIAL DATE**

Plaintiff TOWN OF PARADISE and Defendant ERNST & YOUNG LLP filed their Joint Status Report (ECF No. 20) on August 4, 2026. The parties thereafter appeared before the Court on August 20, 2026, for a scheduling conference. The Court issued its Scheduling Order (ECF No. 24) on August 20, 2026. The Court set trial for July 17, 2028. (ECF No. 24 at 5.) The Court further directed that objections to the Scheduling Order be filed within fourteen days. (*Id.* at 6.)

Counsel for the TOWN OF PARADISE, Ronald J. Scholar, has a pre-planned trip scheduled for August 2028. To permit sufficient time for trial and avoid intersecting with counsel's travel, the parties respectfully stipulate and request, subject to the Court's approval, to adjust the date of trial one week backward to July 10, 2028. The parties do not presently request any other modifications of the Scheduling Order.

**SO STIPULATED.**

Dated: August 28, 2026

COLE HUBER LLP

By: ***/s/ Tyler J. Sherman***

Scott E. Huber
Samuel L. Emerson
Tyler J. Sherman
Attorneys for Plaintiff TOWN OF PARADISE

Dated: August 28, 2026

BOUTIN JONES, INC

By: ***/s/ Shea J. Kenny***

Shea J. Kenny
Robert Swanson
Attorney for Defendant
ERNST & YOUNG

/ / /

/ / /

/ / /

/ / /

COLE HUBER LLP
2281 LAVA RIDGE COURT, SUITE 300
ROSEVILLE, CALIFORNIA 95661

**ORDER**

Having reviewed the Parties' Stipulation, jury trial in this action is reset for July 10, 2028, at 8:30 a.m. in Courtroom 7 before District Court Judge Daniel J. Calabretta. Trial is anticipated to last eight to ten (8-10) court days.

**IT IS SO ORDERED.**

Dated: August 28, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE